UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Crystal G. Jans,

Plaintiff,

vs.

Favorite Brands International, Inc., a Delaware corporation,

Defendant.

Case No. 001775 RHK/JJM

**~~PROPOSED~~ ORDER**

---

WHEREAS, plaintiff Crystal G. Jans has filed a Summons and Complaint in the above-referenced matter; and

WHEREAS, defendant Favorite Brands International, Inc. has filed for protection under Chapter 11 of the Bankruptcy Code (In re Favorite Brands International Holding Corp., et al., United States Bankruptcy Court for the District of Delaware (Case No. 99-726 (PJW)); and

WHEREAS, the Delaware Bankruptcy Court has issued a stay of all litigation involving defendant Favorite Brands International, Inc.;

NOW, THEREFORE, IT IS HEREBY ORDERED that the above-referenced matter is stayed until such time as plaintiff obtains relief from the Bankruptcy Court of this stay or the Bankruptcy Court otherwise lifts or vacates its Stay Order.

BY THE COURT:

Richard H. Kyle
Judge of the United States District Court

DATED: 10/11, 2000

587438-1

FILED OCT 11 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______